Cathy KOEHRER, et. al.,
Plaintiff/Appellant,

v.

AMERICAN MOTORISTS INSURANCE
CO., Defendant/Respondent.

No. 69437.

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 10, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 17, 1996.

Application to Transfer Denied
Nov. 19, 1996.

Blair Drazic, Creve Coeur, for appellant.

Eugene K. Buckley, Eric D. Wright, Evans
& Dixon, St. Louis, for respondent.

Before AHRENS, C.J. and CRANDALL,
J., and CHARLES B. BLACKMAR, Senior
Judge.

*ORDER*

PER CURIAM.

In this civil action, plaintiffs filed a two
count petition against defendant, American
Motorists Insurance Co., alleging breach of
contract (Count I) and bad faith tort (Count
II). The trial court dismissed Count II of
plaintiffs' petition on the ground that the tort
of bad faith does not exist in Missouri with
respect to first party claims by an insured
against an insurance company.

No jurisprudential purpose would be
served by a written opinion. However, the
parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this
order.

The judgment of the trial court is affirmed
pursuant to Rule 84.16(b).